United States District Court
Central District of Illinois
Urbana Division

Horley T. Miller
   Plaintiff / Petitioner

Case No: _____
   (Clerk)

v.

Wexford Health Serv's Inc. et.al.
   Defendant:

Civil Rights Complaint
42 U.S.C. 1983

1), Plaintiff / Petitioner
   Horley T. Miller   Reg. No. S-00346
   Pontiac Corr. Ctr.
   700 W. Lincoln St. Box 99
   Pontiac, Il. 61764

2), Defendants
   A). Wexford Health Serv's Inc.
   425 Holiday Dr. Foster Plaza Ste. 2
   Pittsburg, Pa. 15220
      (State Entity)

   B). Andrew Tilden
   700 W. Lincoln St.
   Pontiac, Il. 61764
      (Illinois Dept. of Corr.)

   C). Vipin Shah
   700 W. Lincoln St.
   Pontiac, Il. 61764
      (Illinois Dept. of Corr.)

SCANNED at PCC and E-Mailed
10.24.16 (date) by AP (initials)
21 (# of pages)

D). Ojelode
   700 W. Lincoln St.
   Pontiac, Il. 61764
            (Illinois Dept. of Corr.)

E). Hanson,
   700 W. Lincoln St.
   Pontiac, Il. 61764
            (Illinois Dept. of Corr.)

F). Sobrina (First Name)
   700 W. Lincoln St.
   Pontiac, Il. 61764
            (Illinois Dept. of Corr.)

3). Litigation History

A). Orr et. al. v. Elyea et. al. (Case No. 08-cv-2232)
    U.S. Dist. Court (C.D. Il.) (Pending)
    Judge Harold A. Baker

B). Miller v. Duncan et. al. (Case No. 15-cv-415)
    U.S. Dist. Court (S.D. Il.) (Pending)
    Judge Staci M. Yandle

C). Miller v. Madigan et. al. (Case No. 15-cv-1181)
    U.S. Dist. Court (S.D. Il.) (Dismissed)
    Judge Nancy J. Rosenstengel

D). Miller v. Duncan et. al. (Case No. 15-cv-1298)
    U.S. Dist. Court (S.D. Il.) (Pending)
    Judge Staci M. Yandle

E). Miller v. Wexford Health Serv.'s Inc. et. al.
    (Case No. 16-cv-314)
    U.S. Dist. Court (S.D. Il.) (Pending)
    Judge Staci M. Yandle

F). Miller v. Wexford Health Serv.'s Inc. et. al.
    (Case No. 16-cv-1148)
    U.S. Dist. Court (C.D. Il.) (Pending)
    Judge Collin Stirling Bruce

4). Administrative Remedies Exhaustion Provision

In Compliance with 42 U.S.C.A. 1997e(a), ALL Available Administrative Remedies have been Exhausted as Required prior to Filing this Suit.

---

### Memorandum-Law

The Illinois Dept. of Corr. Emergency Grievance Procedure allows an Inmate to by pass the Standard 3-Step Grievance Process and Submit his Grievance Directly to the Chief Administrative Officer 20 Illinois Admin. Code Section 504.840 <u>See also</u> Fletcher v. Menard Corr. Ctr. 623 F.3d 1171, 1174 (7th Cir. 2010). Once an Inmates Emergency Grievance is Rejected the Administrative Rules do not require that he Engage in the Standard 3-Step Grievance Process prior to Filing Suit Thornton v. Snyder 428 F.3d 690, 694 (7th Cir. 2005).

---

Please See Attached Offender Grievance
(Exhibit·1)

5). Jurisdiction and Venue

The Central District of Illinois: Urbana Division is an Appropriate Venue under 28 U.S.C. 1391(b)(2) because it is where the Events giving rise to this Claim occurred.

6). Plaintiff/Petitioner

Hurley T. Miller Reg. No. S-00346 is and was at all times mentioned herein a Prisoner of the State of Illinois in the Custody of the Illinois Dept. of Corr. He is currently confined at the Pontiac Corr. Ctr. Located at 700 W. Lincoln St. Box 99 in Pontiac, Illinois 61764.

7). Defendants

A). Wexford Health Serv's Inc. is a Private Medical Services Provider Hired by the Illinois Dept. of Corr. to Provide a Wide Range of Medical Services and Referrals to Convicted Prisoners. Wexford Health Serv's Inc. is a Private Entity of Illinois Holding the Responsibility of Training, Supervising and Directing Employee's within Company Policies, Procedures and Protocols while Ensuring Convicted Prisoners Recieve the Constitutionally Allotted Appropriately Adequate Medical Services and Referrals available, while Maintaining and Enforcing the Contracts of the Illinois Dept. of Corr., Protecting Convicted Prisoners Constitutional Rights within the Compliance of All Department Rules and Regulations and State and federal Laws.

B). Andrew Tilden is a Medical Doctor/Director, Vipin Shah is a Medical Doctor, Ojelade is a Physician

Assistant. Hanson is Nurse Practitioner and Sabrina (First Name) is a Licensed Practical Nurse/Registered Nurse: for Wexford Health Serv.'s Inc. within Pontiac Corr. Ctr. of the Illinois Dept. of Corr. They are Responsible for Providing Convicted Prisoners with a Wide Range of Medical Services and Referrals, Maintaining Proper Records while Protecting a Convicted Prisoners Constitutional Rights within the Compliance of all Department Rules and Regulations and State and Federal Laws.

---

Each Defendant is Sued in their own Individual/Official Capacities. At all times mentioned herein, each Defendant Acted Under Color of State Law.

Date Nov 1, 2016.

/S/ Harley T Miller
Harley P. Miller
Reg. No. S-00346
Pontiac Corr. Ctr.
700 W. Lincoln St. Box 99
Pontiac, Il. 61764

8). Analysis

A). I the Plaintiff Harley T. Miller Pro. Se. am bringing Action with Respect against said Defendants for Violations of the United States Constitution on Eighth Amendment Claim of Cruel and Unusual Punishment / Deliberate Indifference to a Convicted Prisoners Objectively Serious Medical Needs and Pain and Suffering to the attention of the United States District Court for the Central District of Illinois, Urbana Div..

---

B). From July 2, 2016 through to July 19, 2016 I the Plaintiff was Intentionally Denied Access to Adequate Medical Treatment within Pontiac Corr. Ctr. of the Illinois Dept. of Corr. by various Medical Personnel after having (Self-Inflicted) Injury upon Self, placing a (2)-Inch Piece of Plastic Spork Inside my Left Hand.

C). Do to the Denial of Adequate Medical Treatment I the Plaintiff was Forced to Endure Unnecessary Physical Pain with having Lost the Ability to use my Left Hand for 17-Consecutive Days until said Object was Removed.

D). Medical Records Attached. (Exhibit-2)

E). With the Objectively Serious Medical Needs and Pain and Suffering Evidenced Wexford Health Serv.'s Inc. Knowingly and Willingly Operate, Practice and Enforce, Policies, Procedures and Protocols that of which Deny a Convicted Prisoner "The Plaintiff" Adequate Medical Treatment as a means to Save Money, Cut Expenses

and Inflict Harm upon Convicted Prisoners.

---

9). Complaint

A). On July 2, 2016 Plaintiff was Intentionally Denied Access to Any Adequate Medical Treatment by LPN/RN Sabrina.

B). On July 2, 2016 Plaintiff Requested LPN/RN Sabrina to Comply with her Directives and Contact the On-Call Medical Doctor; Plaintiff was then Informed to not Tell LPN/RN Sabrina how to do her Job.

C). There is No Documentation in Plaintiff's Medical Records Showing said Incident was Ever Reported on July 2, 2016.

D). On July 3, 2016 Medical Doctor Vipin Shah Refused to Evaluate Plaintiff's Medical Situation or Perform any Procedure to Remove said Object.

E). On July 5, 2016 Nurse Practitioner Hanson and Physician Assistant Ojelade Informed Plaintiff that said Object is Superficial and will Remove Itself.

F). On July 5, 2016 Nurse Practitioner Hanson and Physician Assistant Ojelade Intentionally left said Object Inside the Plaintiff's Left Hand.

G). On July 18, 2016 Medical Doctor Andrew Tilden Intentionally left said Object Inside the Plaintiff's Left Hand.

11). On July 19, 2016 Medical Doctor Andrew Tilden Stabbed Plaintiff with a Pair of Medical Forecepts to Re-Open a Closed Wound, then Proceeded to Rip said Object out of the Plaintiff's Left Hand with the same Pair of Medical Forecepts.

---
---
---

10). Relief Requested

A). Plaintiff hereby Requests this Honorable Court to Award Compensatory Damages in the Amount of $75,000.00, Punitive Damages in the Amount of $125,000.00 and Including but not Limited to Expenses of this Litigation (To be Decided upon by a Jury).

B). Plaintiff hereby Requests a Trial by Jury Pursuant to F.R.C.P. Rule 38.

Date  Nov  1 , 2016

/S/ Harley T. Miller
Harley P. Miller
Reg. No. S-00346
Pontiac Corr. Ctr.
700 W. Lincoln St. Box 99
Pontiac, Il. 61764

**OFFENDER'S GRIEVANCE**                                   Exhibit 1

Date: July 27, 2016
Offender (Please Print): Harley T. Miller
ID#: S-00346

Present Facility: Pontiac Corr. Ctr.
Facility where grievance issue occurred: Pontiac Corr. Ctr.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___
  Date of Report                      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

From July 2, 2016 through to July 19, 2016, I the Grievant was Potentially Denied access to Adequate Medical Treatment within Pontiac Corr. Ctr. of the Illinois Dept. of Corr. after having put a Forign Object inside my left thigh.

As a Result, I the Grievant was; Forced to listen to Blatantly Inappropriate Comments by Various Medical Personnel, being Denied an Effective Pain Reliever while being Forced

Relief Requested: Compensate the Grievant to the Full Extent allowed by Law in the Amount of $75,000.00

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Harley T. Miller / S-00346 / 7/27/2016
Offender's Signature     ID#     Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

Date Received: ___/___/___

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name     Counselor's Signature     Date of Response

---

**EMERGENCY REVIEW**

Date Received: 8/1/16

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael P. Melvin
Chief Administrative Officer's Signature     8/1/16  Date

Distribution: Master File; Offender     Page 1     DOC 0046 (8/2012)

Exhibit 2

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

Offender Information:
Last Name: Miller
First Name: Harley
MI:
ID#: S00346

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/30/16 0938 #173 97.7 98% 65 118/76 | URGENT CARE<br>S. Pt presents w/ FU for rectal bleeding and abdominal mass. Still c/o bleeding everyday states stool is soft and formed. Also complains of abdominal mass in lower left quadrant.<br>O. VSS, A!O x3<br>lungs - CTAB, ⌀ wheeze<br>CV - RRR S₁ S₂<br>Abd - soft, ⌀ masses noted, neg. pain<br>DRE performed - mild occult ⌀ perianal lesions, + stool<br>A. R/O hematochezia<br>recent CBC 5/4/16 - WNL | 1. Repeat CBC in 2mo<br>2. FU in 3mo for re-evaluation<br><br>C Hansen<br>JMP<br>noted 6/30/16 11:10A |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

**PONTIAC CORRECTIONAL** Center

Offender Information:

Last Name: miller   First Name: Horley   MI: ___   ID#: S00346

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-3-12<br>1235<br>wt – 175<br>P – 68<br>R – 16<br>B/P 104/61<br>T – 98 | MD Note<br>(S) c̄ cut People<br>on L hand<br>Lac on 4th (upper)<br>2 rings on<br>(O) mild sup lac.<br>4 Hand (L)<br>[illegible] spray<br>vessel off 2"<br>mild sup bleed<br>no DP jt<br>[illegible]<br>(A) sup lac. L hand | P<br>— x Ray L<br>Hand series<br>— Bactrim DS<br>B.I.D x 10 days<br>— dressing change<br>P.R.N.<br>— Recheck c̄<br>x Ray report<br>— CBC, BMP, C route<br>on Tues AM<br>Dr. Vipin Shah 7-3-16<br>12:35 |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____PONTIAC CORRECTIONAL_____ Center

Offender Information:

Last Name: Miller   First Name: Hawley   MI: ___   ID#: S003-11

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-3-16<br>1215 | RN desk<br><br>S<br><br>O: Pt (L) hand cleaned c̄ betadine. 3 steri-strips applied c̄ bacitracin and covered c̄ gauze. Bandaid per Dr. Shah direction. Pt tolerated well.<br><br>A: (L) hand wound | P: F/u c̄ psych |
| 7-5-16<br>1130<br>T-97.4<br>WT-174<br>B/P-126/80<br>P-78<br>R-18 | NP Note<br>S: Pt presents to UC with a spark finding stuck in (L) hand. C/o pain, denies drainage.<br><br>O- VSS, A/O x3<br>Lungs - CTAB<br>CV - RRR, ∅ murmur<br>Abd - soft, nontender<br>Ext - retained foreign body<br>(L) dorsal hand, ⊕edema<br>∅ drainage, Hx of (L) hand wound<br><br>A. Retained foreign body (L) hand | 1. X-ray done<br>2. Keflex 500mg po BID x 10 days<br>3. RTC prn<br><br>C Hansen<br><br>noted 7/5/16 12:55p |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__PONTIAC CORRECTIONAL__ Center

Offender Information:

Last Name: Miller   First Name: Hailey   ID#: S00142

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/4/16 11:40AM | CRISIS WATCH NOTE<br>S: Consulted with on-call MHP regarding Offender's current MH status on watch<br>O: Mental Status Unchanged<br>A: Dx Unchanged<br>P: Continue Current Status  [signature] | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces IX 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

<u>Pontiac Correctional Center</u>

Offender Information:
Last Name: Miller  First Name: Harley  ID#: S00346

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-5-16 10:45a | X-RAY NOTE<br>S.<br>O.<br>A. inserted spork into (L) hand | P. X-RAY ORDERED (L) hand<br><br>X-RAY COMPLETED<br>Marissa Hansen RT(R) |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____Pontiac Correctional_____ Center

Offender Information:

Miller, Hailey    ID#: S00346

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/5/16 | LAB NOTE | |
| 1120 | S. | P. |
| | O. | |
| | A. Labs CBC & Iron profile | Drawn _(signature)_ |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_____PONTIAC CORRECTIONAL_____ Center

Offender Information:

Last Name: miller   First Name: Herby   ID#: S00341

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-5-16 11:45 PM | RN NOTE O.I/M request for s/c noted [signature] | |
| 7/8/16 1:30 PM | SICK CALL Pt presents for the same issue that was Rx'ted on 7/5/16. Pt c/o hand pain. Also c/o having bump on his testicle. O Vital deferred. A/O x 3 NAD. Exts + ROM w/ L hand. Self inflected FB + erythema wound L edematous + tenderness Genital: testicules are w/o. Nontender A - L hand FB insertion - Testicular Bump - Not appreciated | Tylenol 650mg 1 PO BID x/mth. Cont w/ the prescribed Keflex RTC for f/u in 2 wks. [signature] 7/8/2016 2pm |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

PONTIAC CORRECTIONAL Center

**Offender Information:**
Last Name: Miller   First Name: Harley   ID#: S00346

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/12/16 9:00 A | **SICK CALL** Pt already seen for the same issue on 7/8/16. | [signature] note 7/12/16 1520 |
| 7/18/16 1036 1041/62 99.70 70 20 #114 98.2 | MD note S. Patient c̄ self inflicted lac. c̄ FB insert spoke handle into (L) hand. Pt agreed for incision & FB removal in AM on 7/19/2016 (Tue). V. APO x3 BJ after MI- (L) hand. 5cm x 0.5cm FB palpable under skin closed aspect ∅ N/V deficits A 1. FB insertion (R) hand (from 7.2.16) | P.1. Sched for FB removal in AM 7.19.16 at 8:30 Am. 7/1050 [signature] 7/18/16 [signature] |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff 9/2002) (Replaces IX 7147)

IDOC Pontiac Med Recs 000429

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

__PONTIAC CORRECTIONAL__ Center

Offender Information:
Last Name: Miller  First Name: Herby  MI: __  ID#: S03341

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-19-16 0911 | MD Note | P: 1. Amoxicillin 50 mg |
| B/P- 112/66 P-98 R-20 24 O2 97% 96/76 | S. Pt here for F/B removal @ L hand (inserted on 7.2.16) O. Alert x3 NSS-afeb under l/a Lidoc 3ml local anesth - FB removed old scar opened c Kelly forceps 2-3-0 Nylon sutures applied. S N/V deficits no sign of infection A 1. S/P Foreign body (spork handle) removed L hand - dorsal aspect | PO BID #30 tabs 2. RTC on Fri 7.22.16. 3. Suture removal in 16 days. 4. Change dressing on Thursday [signature] 7.19.16 1400 |

OneRadiology

Normal, Illinois

July 7, 2016

Patient: Miller, Harley

Number: S00346

DOB: 4/20/84

Ordered by: Dr. Shah

Pontiac Correctional Center

LEFT HAND COMPLETE 7/5/2016

HISTORY: Foreign body.

FINDINGS: There is a linear density seen within the dorsal soft tissues of the hand at the level of mid hand measuring about 3.5 cm. The bony structures are intact. Follow-up study is recommended following removal of the foreign body.

N. Yousuf, M.D.

NY:eg

Films from: Pontiac Correctional Center

7-8-16

IDOC Pontiac Med Recs 000483